# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA CHROMEY-BULLOCK,** | : | No. 3:19cv1059 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **RADIUS GLOBAL SOLUTIONS, LLC,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 19th day of August 2019, it is hereby **ORDERED** that the defendant's motion to dismiss (Doc. 3) the plaintiff's FDCPA claim (Doc. 1) is hereby **DENIED**.

BY THE COURT:

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**